**SUSAN K. HATMAKER 172543**
**RACHELLE TAYLOR GOLDEN 295385**
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendants:
FAT SLICE PIZZA, INC.; JENNAN K. FUENTES,
TRUSTEE OF THE JJFK TRUST U/D/T DATED MAY 12, 1992

**EDWARD W. NEWMAN 45688**
**NEWMAN MARCUS LLP**
331 Capitola Avenue, Suite K
Capitola, CA 95010
Telephone: (831) 476-6622
Facsimile: (831) 476-1422

Attorneys for Defendant:
JENNAN K. FUENTES,
TRUSTEE OF THE JJFK TRUST U/D/T DATED MAY 12, 1992

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| HENDRIK BLOCK, | Case No. 4:19-cv-04552-JST |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ACTION AND WITHDRAW PENDING MOTIONS TO DISMISS AND FOR ATTORNEYS' FEES; [PROPOSED] ORDER** |
| FAT SLICE PIZZA, INC.; JENNAN K. FUENTES, Trustee of the JJFK TRUST u/d/t dated May 12, 1992, | |
| Defendants. | Complaint Filed: August 6, 2019 |

**IT IS HEREBY STIPULATED** by and between Plaintiff, HENDRICK BLOCK ("Plaintiff"), and Defendants, FAT SLICE PIZZA, INC. and JENNAN K. FUENTES, Trustee of the JJFK TRUST u/d/t dated May 12, 1992 ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, as follows:

1. Plaintiff filed this action alleging three causes of action, namely: a) violation of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq ("ADA"); b) violation of the California Unruh Civil Rights Act, Cal. Civ. Code § 51, et seq.; and c) violation of various California Health and Safety Code provisions.

2. This Court had jurisdiction over this matter because of the federal ADA claim, and was exercising supplemental jurisdiction over Plaintiff's two pendent state law claims.

3. Defendants represent that they have permanently closed the business that is the subject of Plaintiff's action since Plaintiff's alleged visit, and based upon this representation, the Parties stipulate that Plaintiff's ADA claim is now moot.

4. On November 13, 2019, Defendants filed a motion to dismiss this action on the grounds the ADA claim is moot, and further requested attorneys' fees. (Dkts. 14 and 15.)

5. Because Plaintiff's ADA claim is moot, and Defendants represent that the subject business will never again reopen, the Parties stipulate to the **dismissal of Plaintiff's first claim arising under the ADA with prejudice.**

6. The Parties stipulate that **Plaintiff's second and third claims (the two remaining California claims) be dismissed without prejudice** to preserve Plaintiff's right to re-file those claims in state court.

7. Defendants withdraw the pending motions to dismiss and for attorneys' fees. (Dkts. 14 and 15.)

8. With regards to Plaintiff's ADA claim, each party is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

///

///

Hatmaker Law Group
7522 N. Colonial Ave.
Suite 105
Fresno, CA 93711

DATED: November 21, 2019        HATMAKER LAW GROUP
                                A Professional Corporation


                                By  /s/ Rachelle Taylor Golden
                                    RACHELLE TAYLOR GOLDEN
                                    Attorney for Defendants,
                                    FAT SLICE PIZZA, INC; JENNAN K.
                                    FUENTES, TRUSTEE OF THE JJFK
                                    TRUST U/D/T DATED MAY 12, 1992

DATED: November 21, 2019        NEWMAN MARCUS

                                By  /s/ Edward W. Newman
                                    EDWARD W. NEWMAN,
                                    Attorney for Defendant,
                                    JENNAN K. FUENTES, TRUSTEE OF
                                    THE JJFK TRUST U/D/T DATED MAY
                                    12, 1992

DATED: November 21, 2019        MOORE LAW FIRM

                                By  /s/ Tanya Moore
                                    TANYA MOORE
                                    Attorney for Plaintiff,
                                    HEDRICK BLOCK

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the invididual(s) whose electronic signature is attributed above.

                                By  /s/ Rachelle Taylor Golden
                                    RACHELLE TAYLOR GOLDEN
                                    Attorney for Defendants,
                                    FAT SLICE PIZZA, INC.; JENNAN K. FUENTES,
                                    TRUSTEE OF THE JJFK TRUST U/D/T DATED
                                    MAY 12, 1992

///

///

///

///

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendants, FAT SLICE PIZZA, INC. and JENNAN K. FUENTES, TRUSTEE OF THE JJFK TRUST U/D/T DATED MAY 12, 1992's Motion to Dismiss and [Proposed] Order (Documents 14 and 15) are withdrawn.

IT IS HEREBY FURTHER ORDERED that Plaintiff's First Cause of Action, arising under the Americans with Disabilities Act is moot rendering this Court without subject matter jurisdiction over this claim pursuant to Federal Rule of Civil Procedure, Rule 12(b)(1).

IT IS HEREBY FURTHER ORDERED that Plaintiff's First Cause of Action is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that Plaintiff's Second and Third Causes of Action are dismissed without prejudice to preserve Plaintiff's right to re-file those claims in state court.

IT IS HEREBY FURTHER ORDERED that, with regard to Plaintiff's ADA claim, each party shall bear its own fees and costs.

Date: November 22, 2019

_____
United States Northern District Judge